JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | CASE NO. 2:20-cv-04031-WDK-JC |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED JUDGMENT |
| JEYLIM ESPERANZA RIOS, et al., | |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Fifty Thousand Dollars ($50,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and against defendant JEYLIM ESPERANZA RIOS, individually and JEYLIM INVESTMENTS, LLC, an unknown business entity d/b/a GODDTIS a/k/a 562 ULTRA LOUNGE.

///

**IT IS SO ORDERED**:

_[signature]_

The Honorable William D. Keller
United States District Court
Central District of California

Dated: May 19, 2021